# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

Jamar D. Henry,                             Civ. No. 17-773 (SRN/LIB)

           Plaintiff,

vs.                                        **ORDER**

Lieutenant Gravdal, et al.,

           Defendants.

---

Based upon the Report and Recommendation of United States Magistrate Judge Leo I. Brisbois, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1. That Defendant's joint Motion to Dismiss [Docket No. 28] is **GRANTED.**

2. That this matter is **DISMISSED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                                                        BY THE COURT:

DATED: May 8, 2018                              s/Susan Richard Nelson
                                                        SUSAN RICHARD NELSON
                                                        United States District Judge